Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Maria G. Aguilera de Howard*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA G. AGUILERA DE HOWARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-02396-JAD-VCF<br><br>**MOTION TO SUBSTITUTE ATTORNEY** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

1   Pursuant to LR 10-6, Plaintiff Maria G. Aguilera de Howard hereby moves

2   this Court to substitute Michael Kind of the law firm Kazerouni Law Group, APC

3   in the place and stead of Danny J. Horen in this matter.

4

5                                   MARIA G. AGUILERA DE HOWARD

6

7                           By: _____

8                                   Maria G. Aguilera de Howard
                                    DATED: 02 / 22 / 2016

9

10   The undersigned, Danny J. Horen, hereby consents to the substitution of

11   Michael Kind of the law firm Kazerouni Law Group, APC as the attorney for

12   Plaintiff Maria G. Aguilera de Howard.

13

14                                  DANNY J. HOREN

15

16                          By: _____

17                                  Danny J. Horen
                                    DATED:     2/18/16

18

19                          **CONSENT TO SUBSTITUTION**

20   I hereby consent to my substitution as attorney for Plaintiff Maria G.

21   Aguilera de Howard in the place and stead of Danny J. Horen.

22                                  KAZEROUNI LAW GROUP, APC

23

24                          By: ___/s/ Michael Kind_____

                                    Michael Kind
                                    7854 West Sahara Avenue
IT IS SO ORDERED.                   Las Vegas, Nevada 89119
                                    DATED:  2/23/2016

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   2-23-2016

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 23, 2016, the foregoing MOTION TO SUBSTITUTE ATTORNEY was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117